JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAC TRAILER LEASING, INC dba PLM TRAILER LEASING, a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MEZA TRAILER REPAIR, INC., a California Corporation; M.T.T.R., INC, a California Corporation; CARLOS ALBERTA MEZA, an Individual; BRANDON DASTE, an Individual,<br><br>    Defendants. | **CASE NO.   CV 09-7891 VBF (SHx)**<br><br>**[PROPOSED] JUDGMENT BY COURT AFTER DEFAULT**<br><br>NOTE: CHANGES MADE BY THE COURT |

The Court, having considered Plaintiffs Motion for Default Judgment, and the Defendants neither appearing nor opposing said Motion, hereby enters Judgment in favor of Plaintiff and against Defendant as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff MAC TRAILER LEASING, INC. shall have Judgment against Defendants as follows:

1. Plaintiff shall have Judgment against Defendant MEZA TRAILER REPAIR, INC. in the sum of $271,886.00 plus trebling pursuant to Business &

cc: Fiscal Section

Professions Code § 16750(a), for a total Judgment of $815,658.00 and costs per cost
2  bill.
3       2.  Plaintiff shall have Judgment against Defendant M.T.T.R., INC, a
4  California Corporation in the sum of $116,114.00 plus trebling pursuant to Business
5  & Professions Code § 16750(a), for a total Judgment of $348,342.00, plus costs per
6  cost bill.
7       3.  Plaintiff shall have Judgment against Defendant Carolos Meza in the sum
8  of $388,000.00, plus trebling pursuant to Business & Professions Code § 16750(a),
9  for a total Judgment of $1,164,000.00, plus costs per cost bill.
10      4.  Plaintiff shall file a Motion to Tax Costs before the Clerk of Court for an
11  award of costs per cost bill.
12      5.  Plaintiff shall file a motion for attorney's fees before any fees will be
13  awarded.

Dated: April 29, 2010        _____
                             The Honorable Valerie Baker Fairbank
                             Judge of the United States District Court

S:\VBF\1. CIVIL CASES\Mac Trailer Leasing, 09-7891\Default Judgment.wpd

cc: Fiscal Section                           -2-